JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDALEENE S. SMITH, | ) | NO. CV 09-05963 ABC (SS) |
|         Petitioner, | ) | |
| | ) | **JUDGMENT** |
|     v. | ) | |
| MARY A. LATTIMORE, Warden, | ) | |
|         Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 6, 2009

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE